

# Fourth Court of Appeals
## San Antonio, Texas

December 19, 2018

No. 04-18-00844-CV

**TITLE SOURCE, INC.**, Reporters Committee for Freedom of the Press, and Houston Forward Times,
Appellants

v.

**HOUSECANARY, INC.** f/k/a Canary Analytics, Inc.,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI06300
Honorable David A. Canales, Judge Presiding

# O R D E R

The Appellants, the Reporters Committee for Freedom of the Press and the Houston Forward Times' Unopposed Motion for Extension of Time to File Brief is GRANTED. Time is extended to January 17, 2019.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of December, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court